IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD BOWEN,

     Plaintiff,                   No. 2:12-cv-1390 DAD P

     vs.

M. STREET, et al.,

     Defendants.           ORDER

_____/

        Plaintiff, a former state prisoner now on parole proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district. Use of the form assists plaintiff to establish and the court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915 (b)(1) and (2). Accordingly, plaintiff's motion will be dismissed without prejudice and plaintiff will be provided the opportunity to submit the application on the appropriate form. Plaintiff will not be required to submit a new copy of any prison trust account statement nor, given his parole status, will he be required to have the certificate section of the in forma pauperis application completed.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (Docket No. 2) is dismissed without prejudice;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis on the form provided with this order. The completed application must bear the case number assigned to this action. Plaintiff's failure to comply with this order may result in the dismissal of this action without prejudice.

DATED: June 1, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
bowe1390.3d

2